UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: GOETZ FITZPATRICK LLP - 1000

| | |
|---|---|
| YY GLOBAL SUPPLY INC.<br><br>Plaintiff(s)<br><br>- against -<br><br>SAFE AND CLEAN PROTECTION LLC, ETAL<br><br>Defendant(s) | Index #: 1:21-CV-06244GRB-ARL<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 80070/28963 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 12, 2021 at 12:15 PM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY12231

deponent served the within two true copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on AMS VENTURES, LLC, the defendant/respondent therein named,

**SECRETARY OF STATE**    by delivering two true copies to SUE ZOUKY personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 304 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

**MAILING**    Deponent enclosed a true copy of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence/actual place of business at

2 PEACH TREE LANE
DUXBURY, MA 02332

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 12, 2021 by REGISTERED MAIL-RETURN RECEIPT REQUESTED
RECEIPT #RF 408 424 085 US in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on: November 12, 2021

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2022 | Robin Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2025 | Gotham Process Inc.<br>299 Broadway<br>New York NY 10007 | **STEVEN C AVERY**<br><br>Docket #:    *1203368* |

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YY GLOBAL SUPPLY INC.<br><br>                                    Plaintiff(s)<br><br>- against -<br><br>SAFE AND CLEAN PROTECTION LLC, ETAL<br><br>                                    Defendant(s) | Index # 1:21-CV-06244GRB-AR<br>Docket Number: 1203368<br>File # :80070/28963<br><br>Notice Pursuant to SECTION 304 LIMITED LIABILITY COMPANY LAW |

Please take notice that, pursuant to the provisions of SECTION 304 LIMITED LIABILITY COMPANY LAW , the legal document in the above entitled action was served upon you by service upon the Secretary of State of the State of New York. As your agent for such service, by delivering to and leaving with a person authorized by said secretary of state to receive such service, at the office of the Department of State in the City of Albany, State of New York, on November 12, 2021, a copy of the summons herein with the statutory fee of forty dollars ($40.00) and

Please take further notice that I am sending you herewith, by registered mail, a copy of said process, in this above captioned action.

Dated  November 12, 2021
New York, New York

GOETZ FITZPATRICK LLP
ONE PENNSYLVANIA PLAZA
SUITE 3100
NEW YORK, NY 10119-0196
Tel: 212-695-8100

## STATE OF NEW YORK - DEPARTMENT OF STATE
## RECEIPT FOR SERVICE OF PROCESS

Service of process was made pursuant to:
SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW

| | |
|---|---|
| PARTY SERVED: | AMS VENTURES, LLC |
| PLAINTIFF / PETITIONER: | YY GLOBAL SUPPLY INC |
| RECEIPT NUMBER: | 202201170128 |
| DATE OF SERVICE: | 11/12/2021 |
| TRANSACTION NUMBER: | 202201170001581 |
| PERSON AUTHORIZED TO RECEIVE PROCESS: | SUE ZOUKY |



| | | | |
|---|---|---|---|
| TOTAL FEES: | $40.00 | TOTAL PAYMENTS RECEIVED: | $40.00 |
| FILING FEE: | $0.00 | CASH: | $0.00 |
| CERTIFICATE OF STATUS: | $0.00 | CHECK/MONEY ORDER: | $40.00 |
| CERTIFIED COPY: | $0.00 | CREDIT CARD: | $0.00 |
| COPY REQUEST: | $0.00 | DRAWDOWN ACCOUNT: | $0.00 |
| PROCESS: | $40.00 | REFUND DUE: | $0.00 |
| EXPEDITED HANDLING: | $0.00 | | |

Authentication Number: 100000925628 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov