**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YY GLOBAL SUPPLY INC.,

                Plaintiff,

   - against -

SAFE AND CLEAN PROTECTION, LLC,
AMS VENTURES LLC., AARON SELLS,
MICHAEL SCHWARTZ, and JOHN DOE,

                Defendants.
-------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 21-6244 (GRB) (ARL)

      An electronic Order of the Honorable Gary R. Brown, United States District Judge, having been filed on May 20, 2022; granting plaintiff's motion for default judgment; awarding plaintiff (1) $118,998.06 in principal damages, (2) prejudgment interest of 9% from August 2, 2021 to the date of judgment, and the Clerk of the Court having calculated that amount to be $8,685.23, and (3) $482 in costs; and respectfully directing the Clerk of the Court to enter default judgment and close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff's motion for default judgment against defendants Safe and Clean Protection LLC, AMS Ventures LLC, and Michael Schwartz is granted; that plaintiff YY Global Supply Inc., is awarded a default judgment in the amount of $128,165.29 against defendants Safe and Clean Protection LLC, AMS Ventures LLC, and Michael Schwartz; and that this case is closed.

Dated: May 25, 2022
       Central Islip, New York

                                                   BRENNA B. MAHONEY
                                                   CLERK OF THE COURT
                                       BY:   /S/ JAMES J. TORITTO
                                                    DEPUTY CLERK